UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

J&J SPORTS PRODUCTIONS INC,

    Plaintiff(s),

    v.    Case No. 15-C-1556

LOS MAGUEYES LLC, et al.,

    Defendant(s).

**ORDER GRANTING MOTION TO AMEND/CORRECT COMPLAINT**

    Plaintiff in the above matter has filed a motion to amend or correct the complaint. Under Rule 15 of the Fed.R.Civ.P., a party may amend its pleading once as a matter of course "within 21 days after service of a response to pleading." Fed.R.Civ.P. 15(a)(1)(B). Defendants filed their answer to the complaint on January 15, 2016. Because Plaintiff has filed its motion within 21 days thereafter, leave of the Court is not required in order to amend. Accordingly, the motion is granted.

    SO ORDERED on January 26, 2016.

    s/ William C. Griesbach
    William C. Griesbach, Chief Judge
    United States District Court